**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>Tameshia N Henry<br>Debtor | Case No. 25-00483-ELG<br><br>Chapter 13 |

**NOTICE OF CASE FILING DEFICIENCY**

**To Debtor(s) and/or Debtor's Attorney:**

The above captioned case was filed on 10/21/2025 without all of required document(s), information, and/or fees as forth herein.

**NOTICE IS HEREBY GIVEN that the Debtor(s) and/or Debtor's attorney must** (i) file the deficient documents indicated below and/or pay the associated fee **not later than three (3) days after the issuance of this notice**; (ii) timely file a response and attend a hearing to explain why the case should not be dismissed; or (iii) if applicable, timely file a motion for an extension of time. If the Debtor is pro se and does not receive electronic notices, the notice period set forth herein commences three (3) days after the notice is mailed. IF YOU DO NOT COMPLY IN A TIMELY MANNER THE COURT MAY DISMISS YOUR CASE WITHOUT FURTHER NEED FOR A HEARING.

| | |
|---|---|
| ☐ | Statement About Your Social Security Numbers (Official Form 121) |
| ☐ | Signature of Attorney on Petition (Official Form 101) |
| ☐ | Signature of Debtor(s) on Petition (Official Form 101) |
| ☐ | List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders (Official Form 104) |
| ☐ | List of Creditors which must include the name, mailing address, and zip code of each creditor included or to be included in Schedules D, E/F, G, and H (via the NextGen CM/ECF or in a format specified by the Clerk of the Court) |
| ☐ | Debtor's physical street address must be provided in addition to any post office box address (Official Form 101) |
| ☐ | Statement of Compliance with Credit Counseling Requirement. |
| ☒ | A filing fee of __ is required with this filing. |
| ☐ | Payment submitted with the filing was not a permissible form of payment. *See* Local Rule 1006-1(a). |
| ☐ | Part _____ of the Petition is incomplete (Official Form 101) |
| ☐ | Other: |

**NOTICE IS HEREBY GIVEN that the Debtor(s) and/or Debtor's attorney must by : 11/05/2025** (i) file the deficient documents; (ii) timely file a response and attend a hearing to explain why the case should not be dismissed; or (iii) timely file a motion for an extension of time. If the Debtor is pro se and does not receive electronic notices, the notice period set forth herein commences three (3) days after the notice is mailed. IF YOU DO NOT COMPLY IN A TIMELY MANNER THE COURT MAY DISMISS YOUR CASE WITHOUT FURTHER NEED FOR A HEARING.

| | |
|---|---|
| ☒ | Summary of Assets and Liabilities for Individuals (Form 106Sum) |
| ☒ | Schedule A/B: Property (Official Form 106A/B) |
| ☒ | Schedule C: The Property You Claim as Exempt (Official Form 106C) |
| ☒ | Schedule D: Creditors Who Hold Claims Secured by Property (Official Form 106D) |
| ☒ | Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 106E/F) |
| ☒ | Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G) |
| ☒ | Schedule H: Your Codebtors (Official Form 106H) |

| | |
|---|---|
| ☒ | Schedule I: Your Income (Official Form 106I) |
| ☒ | Schedule J: Your Expenses (Official Form 106J) |
| ☒ | Declaration About an Individual Debtor's Schedules (Official Form 106Dec) |
| ☒ | Statement of Financial Affairs for Individuals Filing for Bankruptcy (Official Form 107) |
| ☐ | Chapter 7 Statement of Your Current Monthly Income (Official Form 122A−1) |
| ☐ | Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Official Form 122A−1 Supp) |
| ☐ | Chapter 7 Means Test Calculation (Official Form 122A−2) |
| ☒ | Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Official Form 122C−1) |
| ☒ | Chapter 13 Calculation of Your Disposable Income (Official Form 122C−2) |
| ☒ | Local Official Form 104: Chapter 13 Plan & Notice of Deadline to Object to Confirmation |
| ☐ | Chapter 11 Statement of Your Current Monthly Income (Official Form 122B) |
| ☐ | Local Official Form 102 (Disclosure of Compensation of Attorney for Debtor) |
| ☐ | Certificate of Credit Counseling |
| ☐ | A schedule of unpaid debts incurred after commencement of the original bankruptcy case, and a list of creditors as required under Local Bankruptcy Rule 1007-1(a), or a certification that no unpaid debts have been incurred since the commencement of the case. |
| ☐ | Other: |

**NOTICE IS HEREBY GIVEN** that the Debtor(s) and/or Debtor's attorney must by ___: (i) file the deficient documents; (ii) timely file a response and attend a hearing to explain why the case should not be dismissed; or (iii) timely file a motion for an extension of time. If the Debtor is pro se and does not receive electronic notices, the notice period set forth herein commences three (3) days after the notice is mailed. IF YOU DO NOT COMPLY IN A TIMELY MANNER THE COURT MAY DISMISS YOUR CASE WITHOUT FURTHER NEED FOR A HEARING.

| | |
|---|---|
| ☐ | The most recent balance sheet or statement pursuant to 11 U.S.C. § 1116(1)(B). |
| ☐ | The most recent statement of operations or statement pursuant to 11 U.S.C. § 1116(1)(B). |
| ☐ | The most recent balance sheet or statement pursuant to 11 U.S.C. § 1116(1)(B). |
| ☐ | The most recent cash-flow statement or statement pursuant to 11 U.S.C. § 1116(1)(B). |
| ☐ | The most recent federal income tax return or statement pursuant to 11 U.S.C. § 1116(1)(B). |

**NOTICE IS HEREBY GIVEN** that the Debtor(s) and/or Debtor's attorney must by: (i) file the deficient documents; (ii) timely file a response and attend a hearing to explain why the case should not be dismissed; or (iii) timely file a motion for an extension of time. If the Debtor is pro se and does not receive electronic notices, the notice period set forth herein commences three (3) days after the notice is mailed. IF YOU DO NOT COMPLY IN A TIMELY MANNER THE COURT MAY DISMISS YOUR CASE WITHOUT FURTHER NEED FOR A HEARING.

| | |
|---|---|
| ☐ | Statement of Intention For Individuals (Official Form 108) *(The statement of intention must be filed by the earlier of (1) thirty (30) days after the petition date, or (2) the meeting of creditors)* |

For the Court:
Angela D. Caesar
BY: MB
Dated: 10/22/2025

Copies to: Recipients of electronic notifications; Debtor; appointed trustee.

ATTENTION DEBTORS: Receive your court notices and orders by e-mail through the DeBN program. Same−day delivery. Convenient Access. Free. Go to www.dcb.uscourts.gov for more information and to download the request form.