UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In re ) | |
| ) | |
|    Tameshia N. Henry ) | |
| ) | Case No.    25-483 |
|           Debtor. ) | Chapter 13 |
| ) | |

### ORDER SUSTAINING
### OBJECTION TO PROOF OF CLAIM #1 (LVNV Funding, LLC)

Upon consideration of the objection of the Debtor to Proof of Claim #1 filed in this case by LVNV Funding, LLC, and any response thereto, and it appearing that the claim is time barred and not owed, it is hereby

ORDERED that proof of claim #1 is DISALLOWED.

Copies to:

LVNV Funding, LLC
Attn. Brandie McCann, Claims Processor
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Debtor's Counsel (by CM/ECF)
Trustee (by CM/ECF)

End of Order

I ASK FOR THIS:

__/s/Daniel M. Press_____
Daniel M. Press, #419739
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com
Counsel for Debtor