| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Tameshia N Henry | Social Security number or ITIN: | xxx–xx–8736 |
| | First Name  Middle Name  Last Name | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2: (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: EIN: | _ _ _ _  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | United States Bankruptcy Court for the District of Columbia | Date case filed for chapter: | 13   10/21/25 |
| Case number: | 25–00483–ELG | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case                                     10/22

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Tameshia N Henry | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 321 Adams St NE  Washington, DC 20002 | |
| 4. | **Debtor's attorney** Name and address | Daniel M. Press  Chung & Press, P. C.  6718 Whittier Ave.  Suite 200  McLean, VA 22101 | Contact phone 703–734–3800  Email: dpress@chung–press.com |
| 5. | **Bankruptcy trustee** Name and address | Rebecca A. Herr  185 Admiral Cochrane Dr  Ste 240  Annapolis, MD 21401 | Contact phone 301–805–4700  Email: ecf@ch13md.com |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | E. Barrett Prettyman U. S. Courthouse  333 Constitution Ave, NW #1225  Washington, DC 20001 | Hours open:  9:00 am – 4:00 pm Monday to Friday  Contact phone (202) 354–3280  Date: 10/22/25 |

For more information, see page 2

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 17, 2025 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 879 999 1048, and Passcode 1203282023, OR call 1 667−406−0794**<br><br>For additional meeting information go to www.justice.gov/ust/moc. |
| | At the meeting, the Trustee may give notice of their intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rule 6007−1. | |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 1/16/26** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 12/30/25** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/20/26** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Hearing on Confirmation of the Plan**<br>Date: **December 18, 2025**  Time: **01:00 PM**<br>Location:  Courtroom 1 and Zoom., For meeting code contact:, Gunn_Hearings@dcb.uscourts.gov | | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court
District of Columbia

In re:  
Tameshia N Henry  
Debtor

Case No. 25-00483-ELG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0090-1  
Date Rcvd: Oct 22, 2025

User: admin  
Form ID: 309I

Page 1 of 3  
Total Noticed: 48

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tameshia N Henry, 321 Adams St NE, Washington, DC 20002-1150 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| 802089 | + | DC DMV, PO Box 90120, Washington, DC 20090-0120 |
| 802094 | + | EZ Pass Maryland, PO Box 5060, Middle River, MD 21220-0060 |
| 802092 | + | Equitable, Equi-vest processing, PO Box 4956, Syracuse, NY 13221-4956 |
| 802093 | + | Express Lanes, c/o JPM Chase, PO Box 28148, New York, NY 10087-8148 |
| 802097 | + | GW Medical Faculty Associates, 2150 Pennsylvania Ave NW, Washington, DC 20037-3201 |
| 802101 | + | Little Lake Lending, 2770 Mission Ranchera Rd #393, Lakeport, CA 95453-9612 |
| 802104 | + | MD Transportation Auth, PO Box 5060, Middle River, MD 21220-0060 |
| 802103 | + | McLean Family Dentistry, 1355 Beverly Rd Ste 250, McLean, VA 22101-3649 |
| 802107 | + | Montgomery County Citation Processing Ctr, PO Box 1426, Rockville, MD 20849-1426 |
| 802110 | + | Park Naylor Apts, 2562 Naylor Rd SE, Washington, DC 20020-4007 |
| 802112 | + | Primo Water, 200 Eagles Landing Blvd, Lakeland, FL 33810-3058 |
| 802115 | + | Talkiatry, 109 W 27th St Ste 55, New York, NY 10001-0265 |
| 802117 | + | The Highline, c/o Financial Mgt. Solutions, 9001 Edmonston Rd Ste 20, Greenbelt, MD 20770-4074 |
| 802118 | + | Transurban, NCC, PO Box 6156, Alexandria, VA 22306-0006 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: dpress@chung-press.com | Oct 22 2025 22:10:00 | Daniel M. Press, Chung & Press, P. C., 6718 Whittier Ave., Suite 200, McLean, VA 22101 |
| tr | + | Email/Text: bnc@ch13md.com | Oct 22 2025 22:10:00 | Rebecca A. Herr, 185 Admiral Cochrane Dr, Ste 240, Annapolis, MD 21401-7623 |
| smg | + | EDI: DCGOVT | Oct 23 2025 02:12:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Oct 22 2025 22:07:25 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | ^ | MEBN | Oct 22 2025 22:07:30 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Oct 22 2025 22:10:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| ust | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Oct 22 2025 22:10:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |
| 802082 | + | Email/Text: bankruptcy@acima.com | | |

Case 25-00483-ELG   Doc 10   Filed 10/24/25   Entered 10/25/25 00:04:58   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0090-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 22, 2025 | Form ID: 309I | Total Noticed: 48 |

| | | | | |
|---|---|---|---|---|
| | | | Oct 22 2025 22:10:00 | Acima Digital LLC, 5501 Headquarters Dr, Plano, TX 75024-5837 |
| 802083 | + | Email/PDF: bncnotices@becket-lee.com | Oct 22 2025 22:25:38 | American First Finance LLC, PO Box 565848, Dallas, TX 75356-5848 |
| 802088 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Oct 22 2025 22:10:00 | Comptroller of Maryland, 7 St Paul St, Baltimore, MD 21202 |
| 802084 | + | EDI: CAPITALONE.COM | Oct 23 2025 02:12:00 | Capital One, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 802085 | + | EDI: CAPITALONE.COM | Oct 23 2025 02:12:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 802086 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 22 2025 22:10:00 | Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 802087 | ^ | MEBN | Oct 22 2025 22:07:23 | Collection Bureau of America, 25954 Eden Landing Rd, Hayward, CA 94545-3837 |
| 802090 | + | EDI: DISCOVER | Oct 23 2025 02:12:00 | Discover, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 802091 | | Email/Text: operationsclerk@easypayfinance.com | Oct 22 2025 22:10:00 | Duvera Billing Services, Easy Pay Finance, PO Box 2549, Carlsbad, CA 92018 |
| 802095 | + | Email/Text: violationdisputes@ezpassva.com | Oct 22 2025 22:10:00 | EZ Pass Virginia, PO Box 1234, Clifton Forge, VA 24422-0724 |
| 802093 | ^ | MEBN | Oct 22 2025 22:07:36 | Express Lanes, c/o JPM Chase, PO Box 28148, New York, NY 10087-8148 |
| 802096 | + | Email/Text: bankruptcy@fco.com | Oct 22 2025 22:10:00 | Fair Collections & Outsourcing, 14400 Sweitzer Ln #235, Laurel, MD 20707-3006 |
| 802098 | + | EDI: PHINHARRIS | Oct 23 2025 02:12:00 | Harris & Harris, 111 W Jackson Blvd Ste 400, Chicago, IL 60604-4135 |
| 802099 | + | EDI: IRS.COM | Oct 23 2025 02:12:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 802100 | | Email/Text: eakesc@labcorp.com | Oct 22 2025 22:10:00 | LabCorp, 531 South Spring Street, Burlington, NC 27215 |
| 802102 | | Email/Text: bknotices@mbandw.com | Oct 22 2025 22:10:00 | Mccarthy Burgess & Wolff, 26000 Cannon Rd, Cleveland, OH 44146 |
| 802106 | | Email/Text: EBN@Mohela.com | Oct 22 2025 22:10:00 | Mohela, 633 Spirit Dr, Chesterfield, MO 63005 |
| 802105 | + | Email/Text: mercedes@mintofinancial.com | Oct 22 2025 22:10:00 | Minto Money, PO Box 58112, Minto, AK 99758-0112 |
| 802109 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Oct 22 2025 22:10:00 | NJ Easy Pass, PO Box 4972, Trenton, NJ 08650 |
| 802108 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Oct 22 2025 22:10:00 | Nissan Motor Acceptance, PO Box 660360, Dallas, TX 75266-0360 |
| 802111 | + | Email/Text: Bankruptcy_General@pepco.com | Oct 22 2025 22:10:00 | Pepco, PO Box 13608, Philadelphia, PA 19101-3608 |
| 802113 | + | Email/Text: bankruptcies@penncredit.com | Oct 22 2025 22:10:00 | Prince George's County MD, c/o Penn Credit, 2800 Commerce Dr, Harrisburg, PA 17110-9307 |
| 802114 | + | Email/Text: ecfbankruptcy@progleasing.com | Oct 22 2025 22:10:00 | Progressive Leasing, 256 W Data Dr, Draper, UT 84020-2315 |
| 802116 | + | Email/Text: bnc@nordstrom.com | Oct 22 2025 22:10:55 | TD Bank, 13531 E Caley Ave, Englewood, CO 80111-6504 |
| 802119 | + | EDI: VERIZONCOMB.COM | Oct 23 2025 02:12:00 | Verizon Wireless, 500 Technology Drive Suite 550, Saint Charles, MO 63304-2225 |
| 802120 | ^ | MEBN | Oct 22 2025 22:07:36 | Washington DC CCU, PO Box96934, Washington, DC 20090-6934 |

| District/off: 0090-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 22, 2025 | Form ID: 309I | Total Noticed: 48 |

TOTAL: 33

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2025              Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Tameshia N Henry dpress@chung-press.com   pressdm@gmail.com;danpress@recap.email |
| Rebecca A. Herr | ecf@ch13md.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 3