UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In re ) | |
| ) | |
| Tameshia N. Henry ) | |
| ) | Case No.    25-483 |
| Debtor. ) | Chapter 13 |
| ) | |

## ORDER SUSTAINING
## OBJECTION TO PROOF OF CLAIM #4 (Department of Motor Vehicles)

Upon consideration of the objection of the Debtor to Proof of Claim #4 filed in this case by the Department of Motor Vehicles, and any response thereto, and it appearing that the claim is not entitled to priority and there is nothing to show that the claim is owed at all, it is hereby

ORDERED that proof of claim #4 is DISALLOWED.

Copies to:

Debtor's Counsel (by CM/ECF)
Trustee (by CM/ECF)
Nancy Alper Esq. (by CM/ECF)

End of Order

I ASK FOR THIS:

  /s/Daniel M. Press
Daniel M. Press, #419739
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com
Counsel for Debtor