UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

In re )
)
   Tameshia N. Henry )
) Case No.    25-483
Debtor. ) Chapter 13
)

**CERTIFICATE OF SERVICE**

     This is to certify that on this 4th day of November, 2025, I caused the Coversheet for Amending Creditors or Creditor Information, and a copy of the documents required by Local Rule 1009-1(b)(1)-(6):

(1) the Amendment and Official Local Form 101;
(2) the original notice of the meeting of creditors;
(3) n/a
(4) n/a
(5) n/a
(6) Chapter 13 Plan

to be served on the added creditors as follows:

Regent University
1000 Regent University Dr
Virginia Beach VA 23464

Conserve
200 Cross Keys Office Park
Fairport NY 14450

Axenic Investments
4200 Wisconsin Ave. NW Ste. 106-264
Washington DC 20016

                           /s/Daniel M. Press
                           Daniel M. Press