**ITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | Case No. 25-00483-ELG |
| **Tameshia N Henry**<br>**Debtor** | Chapter 13 |

**NOTICE OF DEFICIENT FILING**

**To Filer(s) and/or Filer's Attorney:**

Upon authority of Local Bankruptcy Rule 5003-1, notice is hereby given that the documents submitted by you:

**[ECF No. 14 - Schedules A/B-(Attachments: # 1 COVERSHEET FOR AMENDING CREDITORS OR CREDITOR INFORMATION)]**

contains certain deficiencies as set forth below. You must correct the deficiencies on or before **11/19/2025**. Failure to timely correct the deficiencies may result in the pleading or other paper *being stricken from the record.*

| | |
|---|---|
| ☐ | The case number(s) does not match the above-captioned case. Please review this filing and docket to the correct case. |
| ☐ | The document does not match the event entry used for docketing. Please review this filing and redocket using the correct event entry or redocket to attach the correct document. |
| ☐ | Document does not appear to be complete. Please review this filing for possible error and relate any amendment/correction to the original document. |
| ☐ | The document has an electronic signature in an incorrect format. *See* Local Bankruptcy Rules Appendix D § 7(a). |
| ☐ | The document was filed using an out of date and/or unapproved form. |
| ☐ | The document is unsigned. |
| ☐ | The document has an insufficient attorney identifier as required by Local Bankruptcy Rule 5005-1(c). |
| ☐ | The document linked hereto contains an error which requires corrective action. |
| ☐ | The ECF registered participant attorney filing the document does not match the attorney's signature on the document. |
| ☐ | The document requires a proposed order. *See* Local Bankruptcy Rule 9072-1. |
| ☐ | The document is not formatted correctly, is double-sided, and/or is not legible. *See* Local Bankruptcy Rule 5005-1(b). |
| ☐ | The document contains information that should have been redacted and has been made inaccessible to the public. *See* Fed. R. Bankr. P. 9037. |
| ☒ | A filing fee of _$34.00_ is required with this filing. |
| ☐ | Coversheet for Amending Creditors or Creditor Information (Local Official Form 101) is required with this document. *See* Local Bankruptcy Rule 1009-1. |
| ☐ | Amended schedules do not include Declaration About an Individual Debtor's Schedules (Official Form 106Dec). |
| ☐ | Amended schedules do not include Declaration Under Penalty of Perjury for Non-Individual Debtors (Official Form B 202). |
| ☐ | Amended schedules do not include Summary of Assets and Liabilities for Individuals (Official Form 106Sum). |
| ☐ | Amended schedules do not include Summary of Assets and Liabilities for Non-Individuals (Official Form B206Sum). |
| ☐ | A certificate of service must be filed either separately or as an attachment to your pleading. *See Local Bankruptcy Rule 3015-1.* |
| ☐ | The document requires a notice, and the notice must be in substantial compliance with Local Bankruptcy Rule 9013-1. |
| ☐ | The hearing date, time, and/or location in the notice is omitted. |
| ☐ | This document requires a notice of hearing. |

|   |   |
|---|---|
| ☐ | The notice is not properly linked to the associated pleading. |
| ☐ | The title of the motion does not identify it as a motion for relief from the automatic stay and/or from the co-debtor stay. *See* Local Bankruptcy Rule 4001-1(a)(1). |
| ☐ | Signature/Admission to Practice. Documents must be signed by an attorney authorized to practice in this Court or admitted pro hac vice in this case. *See* Local Bankruptcy Rule 5005-1(a). |
| ☒ | Other:  THIS FILING MUST ALSO INCLUDE A SEPARATE LIST OF THE CREDITORS BEING ADDED. |

For the Court:
Angela D. Caesar
BY: MB
Dated: 11/05/2025

Copies to: Recipients of electronic notifications; Debtor; appointed trustee.

United States Bankruptcy Court

District of Columbia

| | |
|---|---|
| In re: | Case No. 25-00483-ELG |
| Tameshia N Henry | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Nov 05, 2025 | Form ID: pdf001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Tameshia N Henry, 321 Adams St NE, Washington, DC 20002-1150 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Tameshia N Henry dpress@chung-press.com pressdm@gmail.com;danpress@recap.email |
| Nancy L. Alper | on behalf of Creditor District of Columbia Office of the Attorney General nancy.alper@dc.gov |
| Rebecca A. Herr | ecf@ch13md.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 4