**Local Official Form 101**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | **Case No. 25-483** |
| **Tameshia N Henry  ,** | **Chapter 13** |
| Debtor(s). | |

## COVERSHEET FOR AMENDING CREDITORS OR CREDITOR INFORMATION

     This notice is being filed in accordance with Local Rules 1009-1(b) and/or 1019-1(a) upon the filing of an amendment to the debtor's lists, schedules, or statements, pursuant to Bankruptcy Rules 1009 and/or 1019, which adds, deletes, or modifies a creditor.

     I hereby certify that:

☒ The paper filed **adds** creditor(s) as reflected on the <u>attached list</u> (include name and address of each creditor being added). I have:

1.     remitted the required fee;
2.     provided the Court with a supplemental List of Creditors **of only the added creditors** in the format specified by the Clerk, or electronically uploaded the added creditors in NextGen CM/ECF;
3.     provided notice to affected parties, including service of a copy of this notice and a copy of the documents required by Local Rule 1009-1(b)(1)-(6) and filed a certificate of service with the Court; and/or
4.     filed an amended schedule(s) and summary of schedules as required by Local Rule 1009-1(a).

☐ The paper filed **removes** a creditor(s) as reflected on the attached list (include name and address of each creditor being removed). I have:

1.     remitted the required fee;
2.     provided notice to affected parties and filed a certificate of service with the Court; and
3.     filed an amended schedule(s) and summary of schedules as required by Local Rule 1009-1(a).

☐ The paper filed **changes** the address of a creditor(s) or an attorney for a creditor listed on the schedules, and/or adds the name and address of an attorney for a creditor listed on the schedules as reflected on the <u>attached list.</u> I have:

1.     provided notice to affected parties, including service of a copy of this notice and a copy of the documents required by Local Rule 1009-1(b)(1)-(6) and filed a certificate of service with the Court; and
2.     filed an amended schedule(s) and summary of schedules as required by Local Rule 1009-1(a) or other paper.

☐    The paper filed **amends** schedule D or E/F amount(s) or classification(s). I have:
1.    remitted the required fee;
2.    provided notice to affected parties and filed a certificate of service with the Court; and
3.    filed an amended schedule(s) and summary of schedules as required by Local Rule 1009-1(a).

☐    None of the above apply. The paper filed does not require an additional fee, a supplemental matrix, or notice to affected parties. It ☐ **does** or ☐ **does not** require the filing of an amended schedule and summary of schedules as required by Local Rule 1009-1(a).

I also certify that, if filing amended schedules, Bankruptcy Form 106 "Declaration About an Individual Debtor's Schedules" (signed by both debtors, if applicable) or Bankruptcy Form 202, "Declaration Under Penalty of Perjury for Non-Individual Debtors" has been filed as required by Local Rules 1009-1(a).

Respectfully submitted,

| 11/25/2025 | /s/ Daniel M. Press |
|---|---|
| Dated: | Signature of attorney/pro se party |
| | Daniel M Press, 419739 |
| | Name, Bar Number (if applicable) |
| | Chung & Press P.C. |
| | Firm (if applicable) |
| | 6718 Whittier Ave, #200 |
| | Address |
| | McLean VA 22101 |
| | Address |
| | 703-734-3800 |
| | Telephone |
| | dpress@chung-press.com |
| | Email Address |

Astound Broadband
PO Box 219193
Kansas City, MO 64121-9193

Media Collections Inc.
8948 Canyon Falls Blvd. Ste. 200
Twinsburg OH 44087