UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In re ) <br> ) <br> Tameshia N. Henry ) <br> ) <br> Debtor. ) <br> _____ ) | Case No.    25-483 <br> Chapter 13 |

**CERTIFICATE OF SERVICE**

    This is to certify that on this 25th day of November, 2025, I caused the Coversheet for Amending Creditors or Creditor Information, and a copy of the documents required by Local Rule 1009-1(b)(1)-(6):

(1) the Amendment and Official Local Form 101;
(2) the original notice of the meeting of creditors;
(3) n/a
(4) n/a
(5) n/a
(6) Chapter 13 Plan

to be served on the added creditors as follows:

Astound Broadband
PO Box 219193
Kansas City, MO 64121-9193

Media Collections Inc.
8948 Canyon Falls Blvd. Ste. 200
Twinsburg OH 44087

                                                                                          /s/Daniel M. Press
                                                                                          Daniel M. Press