Astound Broadband
PO Box 219193
Kansas City, MO 64121-9193

Media Collections Inc.
8948 Canyon Falls Blvd. Ste. 200
Twinsburg OH 44087