# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: ) ) ) ) ) TAMESHIA N. HENRY, ) ) Debtor. ) ) ) ) ) | Case No. 25-483 (ELG) Chapter 13 |

## PRAECIPE WITHDRAWING
## DISTRICT OF COLUMBIA'S PROOF OF CLAIM

The District of Columbia hereby withdraws its proof of claim, Claim No. 4-1, on behalf of the District of Columbia Department of Motor Vehicles in the amount of $20,838.00 filed on October 29, 2025.

Date: December 2, 2025.

    Respectfully submitted,

    BRIAN L. SCHWALB
    Attorney General for the District of Columbia

    DAVID FISHER
    Deputy Attorney General

    /s/ Nancy L. Alper
    NANCY ALPER, D.C. Bar No. 411324
    Assistant Attorney General
    Land Acquisition and Bankruptcy Section
    1100 15th Street, N.W., Suite 800
    Washington, DC  20005
    (202) 724-8122

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of December, 2025, I caused a copy of the foregoing **Praecipe Withdrawing District of Columbia's Proof of Claim** filed and served electronically using the Court's ECF System.

/s/ Nancy L. Alper
Nancy L. Alper
Assistant Attorney General