## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| | ) | |
| | ) | |
| **In Re:** | ) | |
| | ) | **Case No. 25-483 (ELG)** |
| **TAMESHIA N. HENRY,** | ) | **Chapter 13** |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | |

### PRAECIPE WITHDRAWING
### DISTRICT OF COLUMBIA'S PROOF OF CLAIM

The District of Columbia hereby withdraws its proof of claim, Claim No. 4-1, on

behalf of the District of Columbia Department of Motor Vehicles in the amount of $20,838.00

filed on October 29, 2025.

Date: December 2, 2025.

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

DAVID FISHER
Deputy Attorney General

/s/ Nancy L. Alper
NANCY ALPER, D.C. Bar No. 411324
Assistant Attorney General
Land Acquisition and Bankruptcy Section
1100 15th Street, N.W., Suite 800
Washington, DC  20005
(202) 724-8122

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of December, 2025, I caused a copy of the foregoing **Praecipe Withdrawing District of Columbia's Proof of Claim** filed and served electronically using the Court's ECF System.

_____/s/ Nancy L. Alper_____
Nancy L. Alper
Assistant Attorney General