## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

In re:  

    Tameshia N Henry  
        Debtor  

Case No. 25-00483-ELG  

Chapter 13

### NOTICE OF FAILURE TO PROSECUTE

Upon a review of the above referenced case, it appears that the parties may not be diligently prosecuting the following matter:

**Objection to Unsecured Claim 1 (ECF No. 9)**

**NOTICE IS HEREBY GIVEN** that unless there is some disposition made of this matter within fourteen (14) days from the date of this notice (i.e., submission of an order pursuant to Local Bankruptcy Rule 9072-1), or unless cause is shown, in writing, why no action has been taken, an order will be entered dismissing this matter for failure to prosecute to a conclusion.

                                                          For the Court:  
                                                          Angela D. Caesar  
                                                           BY: MB  
                                                           Dated: 12/09/2025

Copies to: Debtor; recipients of e-notification of orders.

United States Bankruptcy Court

District of Columbia

| | |
|---|---|
| In re: | Case No. 25-00483-ELG |
| Tameshia N Henry | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Dec 09, 2025 | Form ID: pdf001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2025:**

**Recip ID       Recipient Name and Address**
db              + Tameshia N Henry, 321 Adams St NE, Washington, DC 20002-1150

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2025            Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2025 at the address(es) listed below:**

**Name**                          **Email Address**

Daniel M. Press
    on behalf of Debtor Tameshia N Henry dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email

Nancy L. Alper
    on behalf of Creditor District of Columbia Office of the Attorney General nancy.alper@dc.gov

Rebecca A. Herr
    ecf@ch13md.com

U. S. Trustee for Region Four
    USTPRegion04.DC.ECF@USDOJ.GOV

TOTAL: 4