The order below is hereby signed.

Signed: December 12 2025



Elizabeth L. Gunn
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Tameshia N. Henry | ) | |
| | ) | Case No.    25-483 |
| Debtor. | ) | Chapter 13 |
| _____ | ) | |

### ORDER SUSTAINING
### OBJECTION TO PROOF OF CLAIM #1 (LVNV Funding, LLC)

Upon consideration of the objection of the Debtor to Proof of Claim #1 filed in this case

by LVNV Funding, LLC, and any response thereto, and it appearing that the claim is time barred

and not owed, it is hereby

ORDERED that proof of claim #1 is DISALLOWED.


I ASK FOR THIS:


   /s/Daniel M. Press
Daniel M. Press, #419739
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
(703) 734-3800
(703) 734-0590 fax

dpress@chung-press.com
Counsel for Debtor

SEEN AND NO OBJECTION:


Rebecca A. Herr,
Chapter 13 Trustee

By Counsel:
/s/ Benjamin J. Beatty          *Benjamin J. Beatty  12/10/25*
Benjamin J. Beatty, Bar No. MD0143
185 Admiral Cochrane Drive, Suite 240
Annapolis, MD  21401
301-805-4700
bbeatty@ch13md.com

Copies to:

LVNV Funding, LLC
Attn. Brandie McCann, Claims Processor
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587


Debtor's Counsel (by CM/ECF)
Trustee (by CM/ECF)

End of Order