The order below is hereby signed.

Signed: December 12 2025



Elizabeth L. Gunn
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

In re                                    )
                                         )
    Tameshia N. Henry                    )
                                         )        Case No.        25-483
                Debtor.                  )        Chapter 13
_____        )

**ORDER SUSTAINING**
**OBJECTION TO PROOF OF CLAIM #1 (LVNV Funding, LLC)**

Upon consideration of the objection of the Debtor to Proof of Claim #1 filed in this case

by LVNV Funding, LLC, and any response thereto, and it appearing that the claim is time barred

and not owed, it is hereby

ORDERED that proof of claim #1 is DISALLOWED.

I ASK FOR THIS:

___/s/Daniel M. Press_____
Daniel M. Press, #419739
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
(703) 734-3800
(703) 734-0590 fax

dpress@chung-press.com
Counsel for Debtor

SEEN AND NO OBJECTION:


Rebecca A. Herr,
Chapter 13 Trustee

By Counsel:
/s/ Benjamin J. Beatty    *Benjamin J. Beatty  12/10/25*
Benjamin J. Beatty, Bar No. MD0143
185 Admiral Cochrane Drive, Suite 240
Annapolis, MD  21401
301-805-4700
bbeatty@ch13md.com

Copies to:

LVNV Funding, LLC
Attn. Brandie McCann, Claims Processor
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587


Debtor's Counsel (by CM/ECF)
Trustee (by CM/ECF)

End of Order

United States Bankruptcy Court

District of Columbia

In re:                                                       Case No. 25-00483-ELG

Tameshia N Henry                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1                            User: admin                            Page 1 of 1

Date Rcvd: Dec 12, 2025                     Form ID: pdf001                      Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**         **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2025:**

**Recip ID**           **Recipient Name and Address**
db               +  Tameshia N Henry, 321 Adams St NE, Washington, DC 20002-1150

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2025                 Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Tameshia N Henry dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Nancy L. Alper | on behalf of Creditor District of Columbia Office of the Attorney General nancy.alper@dc.gov |
| Rebecca A. Herr | ecf@ch13md.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 4