UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re ) | | |
| ) | | |
| Tameshia N. Henry ) | | |
| ) | Case No. | 25-483 |
| Debtor. ) | Chapter 13 | |
| ) | | |

**<u>WITHDRAWAL OF DEBTOR'S OBJECTION TO CLAIM 4 AS MOOT</u>**

NOW COMES the Debtor, through counsel, and withdraws her objection to Proof of Claim #4 filed by the Department of Motor Vehicles ("DMV") (Docket #13). The DMV withdrew Claim #4 (Docket #25), rendering the objection moot.

Dated: December 23, 2025.

                                          Respectfully submitted,

                                        /s/Daniel M. Press
                                        Daniel M. Press, #419739
                                        CHUNG & PRESS, P.C.
                                        6718 Whittier Avenue, Suite 200
                                        McLean, Virginia 22101
                                        (703) 734-3800
                                        (703) 734-0590 fax
                                        dpress@chung-press.com

# CERTIFICATE OF SERVICE

      This is to certify that on this 23rd day of December, 2025, I caused the foregoing document to be served by CM/ECF upon the Trustee and all parties requesting notice, to:

Nancy L. Alper on behalf of Creditor District of Columbia Office of the Attorney General
nancy.alper@dc.gov

Rebecca A. Herr
ecf@ch13md.com

U. S. Trustee for Region Four
USTPRegion04.DC.ECF@USDOJ.GOV

                                        /s/Daniel M. Press
                                       Daniel M. Press