# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>**TAMESHIA N. HENRY**<br><br>**Debtor** | Case No. 25-00483-ELG<br><br>Chapter 13 |

## ORDER CONFIRMING PLAN

The Chapter 13 Plan (the "**Plan**") filed by the Debtor(s) on December 31, 2025, having been transmitted to all creditors; and upon the recommendation of the Chapter 13 Trustee; and finding that the Plan meets each of the requirements of 11 U.S.C. § 1325(a).

It is **ORDERED** that:

1. The Debtor's plan is hereby **CONFIRMED**.

2. On November 20, 2025, and each month thereafter until further order of this Court, the Debtor shall pay to the Chapter 13 Trustee, Rebecca A. Herr via **TFS/WAGE WITHHOLDING/DIRECT PAYMENT** at P.O. Box 853, Memphis, TN 38101- 0853 the sum of $1,630.00 per month for 2 months and then $1,160.00 per month for the remaining 58 months of the Plan or until all allowed claims are paid in full.

3. The Debtor shall file all federal and state income tax returns on or before the due date, and provide the Trustee with signed copies of the returns within 7 days after they are filed and provide the Trustee such additional information as the Trustee may require for determination of the Debtor's disposable income. Failure to timely comply with this provision shall be grounds for dismissal.

4. The Debtor(s) shall notify the Trustee and this Court in writing of any change in address and/or employment/income source within ten (10) days of the change.

5. The Debtor(s) shall not voluntarily incur additional indebtedness exceeding the cumulative total of $5,000 principal amount during the term of this Plan, whether unsecured or secured, except upon written notice and approval from the Trustee. Nothing herein shall prohibit the Debtor(s) from filing a motion for Court approval indebtedness in any amount.

6. Special Provisions: None

I ASK FOR THIS:
/s/Rebecca A. Herr
Rebecca A. Herr
Fed. Bar No. MD0032
Chapter 13 Trustee
185 Admiral Cochrane Dr. Suite 240
Annapolis, MD 21401
(301) 805-4700
bherr@ch13md.com

cc:    Daniel Press, Esq.
dpress@chung-press.com, pressdm@gmail.com;danpress@recap.email

Tameshia N. Henry
321 Adams Street NE
Washington, DC 20002

Rebecca A. Herr, Chapter 13 Trustee
ecf.ch13md.com