The order below is hereby signed.

Signed: January 29 2026



Elizabeth L. Gunn
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

In Re:

TAMESHIA N HENRY

Case No. 25-00483-ELG
Chapter 13

Debtor

### EMPLOYER'S PAYMENT ORDER

IT APPEARING that TAMESHIA N HENRY, SSN: XXX-XX-8736, the debtor above named, has filed a plan under Chapter 13 of Title 11, United States Code, and that said plan was confirmed by the Court and,

That under the provisions of 11 U.S.C. Section 1325(c), any entity from whom the debtor receives income shall pay all or any part of such income to the Trustee as may be ordered by the Court and a portion of the debtor's earnings from services are necessary for the execution of the debtor's plan.

IT FURTHER APPEARING that the debtor is employed by:

GOVERNMENT OF DISTRICT OF COLUMBIA
441 4TH ST NW
SUITE 420 SOUTH
WASHINGTON, DC  20001
Attn: Payroll Dept.

IT IS ORDERED, that the employer shall deduct the sum of $1,160.00 MONTHLY on or before the 20th day of each month, from the debtor's wages, salary or commission and pay the sum to:

REBECCA A HERR TRUSTEE
P O BOX 853
MEMPHIS, TN  38101-0853
(301) 805-4700

commencing with the first payment of wages, salary or commission after receipt of this Order, until further Order.

      IT IS FURTHER ORDERED, that said employer notify said Trustee if the employment of said debtor be terminated and the reason for such termination;

IT IS FURTHER ORDERED, that until further Order of this Court, the Employer shall not make any deduction for account of any garnishment, wage assignment, credit union or any other purpose except deductions for income taxes, social security contributions, union dues, insurance or health and welfare plans pursuant to the Debtor's employment contract, collection of amounts due for repayment of any loan from a qualified employer-sponsored pension, profit-sharing or other tax-exempt retirement plan, and child support withholdings for current obligation pursuant to an order of a court of competent jurisdiction.

I ASK FOR THIS:
/s/REBECCA A. HERR
185 ADMIRAL COCHRANE DR.
SUITE 240
ANNAPOLIS, MD  21401
BAR#MD0032
p. 301-805-4700
*Trustee*


cc:

TAMESHIA N HENRY
321 ADAMS ST NE
WASHINGTON, DC  20002
*Debtor*

DANIEL PRESS, ESQ.
CHUNG & PRESS, P.C.
6718 WHITTIER AVE
SUITE 200
MCLEAN, VA  22101
*Attorney for Debtor*

GOVERNMENT OF DISTRICT OF COLUMBIA
441 4TH ST NW
SUITE 420 SOUTH
WASHINGTON, DC  20001
*Employer*

**END OF ORDER**