The order below is hereby signed.

Signed: January 29 2026



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| In re: | Case No. 25-00483-ELG |
|---|---|
| **TAMESHIA N. HENRY** | Chapter 13 |
| Debtor | |

## ORDER CONFIRMING PLAN

The Chapter 13 Plan (the "**Plan**") filed by the Debtor(s) on December 31, 2025, having been transmitted to all creditors; and upon the recommendation of the Chapter 13 Trustee; and finding that the Plan meets each of the requirements of 11 U.S.C. § 1325(a).

It is **ORDERED** that:

1. The Debtor's plan is hereby **CONFIRMED**.

2. On November 20, 2025, and each month thereafter until further order of this Court, the Debtor shall pay to the Chapter 13 Trustee, Rebecca A. Herr via **TFS/WAGE WITHHOLDING/DIRECT PAYMENT** at P.O. Box 853, Memphis, TN 38101- 0853 the sum of $1,630.00 per month for 2 months and then $1,160.00 per month for the remaining 58 months of the Plan or until all allowed claims are paid in full.

3. The Debtor shall file all federal and state income tax returns on or before the due date, and provide the Trustee with signed copies of the returns within 7 days after they are filed and provide the Trustee such additional information as the Trustee may require for determination of the Debtor's disposable income. Failure to timely comply with this provision shall be grounds for dismissal.

4. The Debtor(s) shall notify the Trustee and this Court in writing of any change in address and/or employment/income source within ten (10) days of the change.

5. The Debtor(s) shall not voluntarily incur additional indebtedness exceeding the cumulative total of $5,000 principal amount during the term of this Plan, whether unsecured or secured, except upon written notice and approval from the Trustee. Nothing herein shall prohibit the Debtor(s) from filing a motion for Court approval indebtedness in any amount.

6. Special Provisions: None

I ASK FOR THIS:
/s/Rebecca A. Herr
Rebecca A. Herr
Fed. Bar No. MD0032
Chapter 13 Trustee
185 Admiral Cochrane Dr. Suite 240
Annapolis, MD 21401
(301) 805-4700
bherr@ch13md.com


cc:     Daniel Press, Esq.
        dpress@chung-press.com, pressdm@gmail.com;danpress@recap.email

        Tameshia N. Henry
        321 Adams Street NE
        Washington, DC 20002

        Rebecca A. Herr, Chapter 13 Trustee
        ecf.ch13md.com

United States Bankruptcy Court

District of Columbia

In re:  
Tameshia N Henry  
    Debtor

Case No. 25-00483-ELG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0090-1      User: admin      Page 1 of 1  
Date Rcvd: Jan 29, 2026      Form ID: pdf001      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Tameshia N Henry, 321 Adams St NE, Washington, DC 20002-1150 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2026      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Tameshia N Henry dpress@chung-press.com pressdm@gmail.com;danpress@recap.email |
| Nancy L. Alper | on behalf of Creditor District of Columbia Office of the Attorney General nancy.alper@dc.gov |
| Rebecca A. Herr | ecf@ch13md.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 4