The order below is hereby signed.

Signed: January 29 2026



*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

In Re:

TAMESHIA N HENRY

Case No. 25-00483-ELG
Chapter 13

Debtor

## EMPLOYER'S PAYMENT ORDER

  IT APPEARING that TAMESHIA N HENRY, SSN: XXX-XX-8736, the debtor above named, has filed a plan under Chapter 13 of Title 11, United States Code, and that said plan was confirmed by the Court and,

  That under the provisions of 11 U.S.C. Section 1325(c), any entity from whom the debtor receives income shall pay all or any part of such income to the Trustee as may be ordered by the Court and a portion of the debtor's earnings from services are necessary for the execution of the debtor's plan.

  IT FURTHER APPEARING that the debtor is employed by:

    GOVERNMENT OF DISTRICT OF COLUMBIA
    441 4TH ST NW
    SUITE 420 SOUTH
    WASHINGTON, DC  20001
    Attn: Payroll Dept.

  IT IS ORDERED, that the employer shall deduct the sum of $1,160.00 MONTHLY on or before the 20th day of each month, from the debtor's wages, salary or commission and pay the sum to:

    REBECCA A HERR TRUSTEE
    P O BOX 853
    MEMPHIS, TN  38101-0853
    (301) 805-4700

commencing with the first payment of wages, salary or commission after receipt of this Order, until further Order.

       IT IS FURTHER ORDERED, that said employer notify said Trustee if the employment of said debtor be terminated and the reason for such termination;

IT IS FURTHER ORDERED, that until further Order of this Court, the Employer shall not make any deduction for account of any garnishment, wage assignment, credit union or any other purpose except deductions for income taxes, social security contributions, union dues, insurance or health and welfare plans pursuant to the Debtor's employment contract, collection of amounts due for repayment of any loan from a qualified employer-sponsored pension, profit-sharing or other tax-exempt retirement plan, and child support withholdings for current obligation pursuant to an order of a court of competent jurisdiction.

I ASK FOR THIS:
/s/REBECCA A. HERR
185 ADMIRAL COCHRANE DR.
SUITE 240
ANNAPOLIS, MD  21401
BAR#MD0032
p. 301-805-4700
*Trustee*


cc:

TAMESHIA N HENRY
321 ADAMS ST NE
WASHINGTON, DC  20002
*Debtor*

DANIEL PRESS, ESQ.
CHUNG & PRESS, P.C.
6718 WHITTIER AVE
SUITE 200
MCLEAN, VA  22101
*Attorney for Debtor*

GOVERNMENT OF DISTRICT OF COLUMBIA
441 4TH ST NW
SUITE 420 SOUTH
WASHINGTON, DC  20001
*Employer*

**END OF ORDER**

United States Bankruptcy Court

District of Columbia

In re:        Case No. 25-00483-ELG

Tameshia N Henry        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1     User: admin     Page 1 of 1

Date Rcvd: Jan 29, 2026     Form ID: pdf001     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Tameshia N Henry, 321 Adams St NE, Washington, DC 20002-1150 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2026      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Tameshia N Henry dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Nancy L. Alper | on behalf of Creditor District of Columbia Office of the Attorney General nancy.alper@dc.gov |
| Rebecca A. Herr | ecf@ch13md.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 4