UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

In re                                              )
                                                   )
        Tameshia N. Henry                          )
                                                   )        Case No.        25-483
                Debtor.                            )        Chapter 13
                                                   )
_____          )

**ORDER SUSTAINING**
**OBJECTION TO PROOF OF CLAIM #13 (PEPCO)**

Upon consideration of the objection of the Debtor to Proof of Claim #13 filed in this case

by PEPCO, and any response thereto, and it appearing that the claim is late-filed, it is hereby

ORDERED that proof of claim #13 is DISALLOWED.

Copies to:

PEPCO
Attn. Credit Dept.
701 9th St. NW
Washington DC 20001

Debtor's Counsel (by CM/ECF)
Trustee (by CM/ECF)


End of Order

I ASK FOR THIS:


__/s/Daniel M. Press_____
Daniel M. Press, #419739
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com
Counsel for Debtor