UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

In re                                          )
                                               )
    Tameshia N. Henry                  )
                                               )          Case No.        25-483
          Debtor.            )          Chapter 13
_____ )

**ORDER SUSTAINING**
**OBJECTION TO PROOF OF CLAIM #12 (COMPTROLLER OF MARYLAND)**

Upon consideration of the objection of the Debtor to Proof of Claim #12 filed in this case

by the Comptroller of Maryland, and any response thereto, and it appearing that the claim does

not substantially conform to Form 410, and attaches no documentation or itemization, it is

hereby

ORDERED that proof of claim #12 is DISALLOWED.

Copies to:

Comptroller of Maryland
Compliance Division
7 St. Paul St., Suite 230
Baltimore MD 21202

Debtor's Counsel (by CM/ECF)
Trustee (by CM/ECF)

End of Order

I ASK FOR THIS:

__/s/Daniel M. Press_____
Daniel M. Press, #419739
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com
Counsel for Debtor