The order below is hereby signed.

Signed: April 21 2026



_Elizabeth L. Gunn_
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Tameshia N. Henry | ) | |
| | ) | Case No.      25-483 |
| Debtor. | ) | Chapter 13 |
| | ) | |

## ORDER SUSTAINING
## OBJECTION TO PROOF OF CLAIM #13 (PEPCO)

Upon consideration of the objection of the Debtor to Proof of Claim #13 filed in this case

by PEPCO, and any response thereto, and it appearing that the claim is late-filed, it is hereby

ORDERED that proof of claim #13 is DISALLOWED.

I ASK FOR THIS:


__/s/Daniel M. Press__
Daniel M. Press, #419739
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com
Counsel for Debtor

SEEN AND NO OBJECTION:


Rebecca A. Herr
Chapter 13 Trustee

By Counsel:
/s/ Benjamin J. Beatty    *Benjamin J. Beatty*    4/21/26
Benjamin J. Beatty, Bar No. MD0143
185 Admiral Cochrane Drive, Suite 240
Annapolis, MD  21401
301-805-4700
bbeatty@ch13md.com

Copies to:

PEPCO
Attn. Credit Dept.
701 9th St. NW
Washington DC 20001

Debtor's Counsel (by CM/ECF)
Trustee (by CM/ECF)

END OF ORDER