The order below is hereby signed.

Signed: April 21 2026



_Elizabeth L. Gunn_
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Tameshia N. Henry | ) | |
| | ) | Case No.    25-483 |
| Debtor. | ) | Chapter 13 |
| _____ | ) | |

## ORDER SUSTAINING
## OBJECTION TO PROOF OF CLAIM #13 (PEPCO)

Upon consideration of the objection of the Debtor to Proof of Claim #13 filed in this case

by PEPCO, and any response thereto, and it appearing that the claim is late-filed, it is hereby

ORDERED that proof of claim #13 is DISALLOWED.

I ASK FOR THIS:


　　/s/Daniel M. Press　　　　
Daniel M. Press, #419739
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com
Counsel for Debtor

SEEN AND NO OBJECTION:


　　　　Rebecca A. Herr
　　　　Chapter 13 Trustee

　　　　By Counsel:
　　　　/s/ Benjamin J. Beatty　*Benjamin J. Beatty*　4/21/26
　　　　Benjamin J. Beatty, Bar No. MD0143
　　　　185 Admiral Cochrane Drive, Suite 240
　　　　Annapolis, MD  21401
　　　　301-805-4700
　　　　bbeatty@ch13md.com

Copies to:

PEPCO
Attn. Credit Dept.
701 9th St. NW
Washington DC 20001

Debtor's Counsel (by CM/ECF)
Trustee (by CM/ECF)


END OF ORDER

United States Bankruptcy Court

District of Columbia

In re:                                                                                    Case No. 25-00483-ELG

Tameshia N Henry                                                              Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1                          User: admin                                Page 1 of 2

Date Rcvd: Apr 21, 2026                   Form ID: pdf001                          Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol        Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2026:**

**Recip ID            Recipient Name and Address**
db              +  Tameshia N Henry, 321 Adams St NE, Washington, DC 20002-1150

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 807948 | + Email/Text: Bankruptcy_General@pepco.com | Apr 21 2026 22:41:00 | Pepco, 701 9th Street NW, Washington, DC 20001-4572 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2026                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Tameshia N Henry dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Nancy L. Alper | on behalf of Creditor District of Columbia Office of the Attorney General nancy.alper@dc.gov |
| Rebecca A. Herr | ecf@ch13md.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

District/off: 0090-1

Date Rcvd: Apr 21, 2026

TOTAL: 4

User: admin

Form ID: pdf001

Page 2 of 2

Total Noticed: 2