The order below is hereby signed.

Signed: May 22 2026



Elizabeth L. Gunn
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Tameshia N. Henry | ) | |
| | ) | Case No.    25-483 |
| Debtor. | ) | Chapter 13 |
| | ) | |

## ORDER SUSTAINING
## OBJECTION TO PROOF OF CLAIM #12 (COMPTROLLER OF MARYLAND)

Upon consideration of the objection of the Debtor to Proof of Claim #12 filed in this case by the Comptroller of Maryland, and any response thereto, and it appearing that the claim does not substantially conform to Form 410, and attaches no documentation or itemization, it is hereby

ORDERED that proof of claim #13 is DISALLOWED.

I ASK FOR THIS:


  /s/Daniel M. Press
Daniel M. Press, #419739
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com
Counsel for Debtor

SEEN AND NO OBJECTION:


        Rebecca A. Herr
        Chapter 13 Trustee

        By Counsel:
        /s/ Benjamin J. Beatty   *Benjamin J. Beatty  5/21/26*
        Benjamin J. Beatty, Bar No. MD0143
        185 Admiral Cochrane Drive, Suite 240
        Annapolis, MD  21401
        301-805-4700
        bbeatty@ch13md.com

Copies to:

Comptroller of Maryland
Compliance Division
7 St. Paul St., Suite 230
Baltimore MD 21202

Debtor's Counsel (by CM/ECF)
Trustee (by CM/ECF)

END OF ORDER