The order below is hereby signed.

Signed: May 22 2026



_____
Elizabeth L. Gunn
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

|  |  |  |  |
|---|---|---|---|
| In re | ) | | |
| | ) | | |
| Tameshia N. Henry | ) | | |
| | ) | Case No. | 25-483 |
| Debtor. | ) | Chapter 13 | |
| _____ | ) | | |

**ORDER SUSTAINING**
**OBJECTION TO PROOF OF CLAIM #12 (COMPTROLLER OF MARYLAND)**

Upon consideration of the objection of the Debtor to Proof of Claim #12 filed in this case

by the Comptroller of Maryland, and any response thereto, and it appearing that the claim does

not substantially conform to Form 410, and attaches no documentation or itemization, it is

hereby

ORDERED that proof of claim #13 is DISALLOWED.

I ASK FOR THIS:


  /s/Daniel M. Press
Daniel M. Press, #419739
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com
Counsel for Debtor

SEEN AND NO OBJECTION:


     Rebecca A. Herr
     Chapter 13 Trustee

     By Counsel:
     /s/ Benjamin J. Beatty    *Benjamin J. Beatty  5/21/26*
     Benjamin J. Beatty, Bar No. MD0143
     185 Admiral Cochrane Drive, Suite 240
     Annapolis, MD  21401
     301-805-4700
     bbeatty@ch13md.com

Copies to:

Comptroller of Maryland
Compliance Division
7 St. Paul St., Suite 230
Baltimore MD 21202

Debtor's Counsel (by CM/ECF)
Trustee (by CM/ECF)


                    END OF ORDER

United States Bankruptcy Court

District of Columbia

In re:                                                          Case No. 25-00483-ELG

Tameshia N Henry                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1                    User: admin                    Page 1 of 2

Date Rcvd: May 22, 2026                 Form ID: pdf001                Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol    Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2026:**

**Recip ID        Recipient Name and Address**

db            + Tameshia N Henry, 321 Adams St NE, Washington, DC 20002-1150

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 802088 | Email/Text: Bankruptcymail@marylandtaxes.gov | May 22 2026 22:56:00 | Comptroller of Maryland, 7 St Paul St, Baltimore, MD 21202 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2026         Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2026 at the address(es) listed below:**

**Name        Email Address**

Daniel M. Press

    on behalf of Debtor Tameshia N Henry dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email

Nancy L. Alper

    on behalf of Creditor District of Columbia Office of the Attorney General nancy.alper@dc.gov

Rebecca A. Herr

    ecf@ch13md.com

U. S. Trustee for Region Four

    USTPRegion04.DC.ECF@USDOJ.GOV

District/off: 0090-1

Date Rcvd: May 22, 2026

TOTAL: 4

User: admin

Form ID: pdf001

Page 2 of 2

Total Noticed: 2