**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Tameshia N. Henry | ) | |
| | ) | Case No.       25-483 |
| Debtor. | ) | Chapter 13 |
| | ) | |

**NOTICE OF CHANGE OF COUNSEL'S  ADDRESS**

Please take notice that effective August 15, 2026, the undersigned is changing firms.  The

new address is below.

     Dated: August 14, 2026.

         _/s/ Daniel M. Press_____
         Daniel M. Press, DC Bar 419739
         Law Offices of Daniel M. Press
         201 Washington St.
         Cumberland MD 21502
         (703) 725-7600
         dan@danpress.us

Daniel M. Press, VSB 37123
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
(703) 725-7600
dan@danpress.us
Counsel for Debtor

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on this 14th day of August, 2026, I caused the foregoing Notice to be served by CM/ECF upon the Trustee and all parties requesting notice:

Nancy L. Alper nancy.alper@dc.gov

Rebecca A. Herr ecf@ch13md.com

U. S. Trustee for Region Four  USTPRegion04.DC.ECF@USDOJ.GOV

       /s/ Daniel M. Press_____
       Daniel M. Press