**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF COLUMBIA**

**In RE:**

TAMESHIA N HENRY

**Debtor(s)**

**Chapter:** 13

**Claim Number:** 9

**Case Number:** 25-00483

**NOTICE OF CREDITOR CHANGE OF ADDRESS**

The creditor, **Verizon by AIS InfoSource LP as agent**, hereby requests a change to the address listed in the above-mentioned case.

Check which type of address change is being requested:

☐ Notice only ☑ Payment only ☐ Notice & Payment

**PAYMENT ADDRESS**

| FROM: | TO: |
|---|---|
| Verizon by AIS InfoSource LP as agent | Verizon by AIS InfoSource LP as agent |
| PO Box 4457 | PO Box 661380 |
| Houston, TX 77210-4457 | Dallas,TX 75266-1380 |

Date: 08/18/2026

/s/ Jordan O'Neal

Creditor's Authorized Agent for Verizon by AIS InfoSource LP as agent

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

**In RE:**

**Chapter:** 13

TAMESHIA N HENRY

**Case Number:** 25-00483

**Debtor(s)**

## Certificate of Service

I certify that on 08/18/2026, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first-class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
DANIEL M PRESS
DPRESS@CHUNG-PRESS.COM

Trustee
REBECCA A HERR
ecf@ch13md.com

/s/ Jordan O'Neal

Jordan O'Neal
AIS InfoSource, LP
4515 N Santa Fe Ave.
Oklahoma City, OK 73118
877-893-8820
POC_AIS@aisinfo.com